**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**A & F EXPORTS, INC.**                                                            **PLAINTIFF**

      **v.**           **Civil No. 06-5025**

**GROVE SERVICES, INC.**                                                           **DEFENDANT**

### O R D E R

Now on this 5th day of October, 2006, comes on for consideration plaintiff's **Motion To Dismiss** (document #10), supplemented by defendant's oral request that its Counterclaim also be dismissed, and the Court finds that said motions should be, and same hereby are, **granted**, and this matter is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                                   **/s/ Jimm Larry Hendren**
                                                           **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**